Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 103 (AKH)

JOHN F TAGGART,                                                  Docket No.: 08-CV-2331

                       Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER**
                                               **TO MASTER COMPLAINT**

   -against-

                                                 **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK, LTD, et. *al.*,

                       Defendant(s).
------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

     WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       May 22, 2008

>                                Yours etc.,
>
>                                McGIVNEY & KLUGER, P.C.
>                                Attorneys for Defendants
>                                LEHMAN BROTHERS INC., LEHMAN
>                                COMMERCIAL PAPER INC. and LEHMAN
>                                BROTHERS HOLDINGS INC.
>
>                                By: _____
>                                    Richard E. Leff (RL-2123)
>                                    80 Broad Street, 23rd Floor
>                                    New York, New York 10004
>                                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel

2